**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20717-CIV-SMITH**

DAVID BRUCE STEAGALL,

     Plaintiff,

v.

MICHELLE A. KING,
*Acting Commissioner of Social Security*,

     Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING**
**REPORT AND RECOMMENDATION**

     This matter is before the Court upon Magistrate Judge Jared M. Strauss's Report and Recommendation [DE 23] on Plaintiff's Unopposed Motion for Attorney Fees [DE 22]. In his thorough and well-reasoned Report and Recommendation, Magistrate Judge Strauss recommends that Plaintiff's Unopposed Motion for Attorney Fees [DE 23] be **GRANTED**. The Court has considered the Report and Recommendation, a noted that no objections were filed, and conducted a de novo review. Accordingly, it is

     **ORDERED** that:

    1. Judge Jared M. Strauss's Report and Recommendation [DE 23] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

    2. Plaintiff's Unopposed Motion for Attorney Fees [DE 22] is **GRANTED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 27th day of July, 2026.

cc:    counsel of record

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**